### REDEEMED CHRISTIAN CHURCH OF GOD JESUS HOUSE FOR ALL NATIONS, Petitioner–Appellant

v.

### CITIZENSHIP AND IMMIGRATION SERVICES, Respondent–Appellee.

No. 15–1661.

United States Court of Appeals, Eighth Circuit.

Submitted: Dec. 21, 2015.

Filed: Dec. 28, 2015.

Olusegun Asekun, Law Office of Olu Asekun, Arlington, TX, for Petitioner–Appellant.

Regan Hildebrand, U.S. Department of Justice, Washington, DC, Jane Rund, U.S. Attorney's Office, Saint Louis, MO, for Respondent–Appellee.

Before GRUENDER, BENTON, and KELLY, Circuit Judges.

PER CURIAM.

The Redeemed Christian Church of God Jesus House for All Nations (RCCG) appeals the district court's [1] adverse grant of summary judgment in its action under the Administrative Procedure Act seeking review of a decision by the Citizenship and Immigration Services (CIS) relating to the classification of an individual as a special immigrant religious worker. Upon de novo review of the record and careful consideration of RCCG's arguments for reversal, we agree with the district court that the record did not show that the decision at issue was arbitrary, capricious, an abuse of discretion, or otherwise not in compliance with the law, or that CIS's factual findings were not supported by substantial evidence. *See Kindred Hosps. E., LLC v. Sebelius,* 694 F.3d 924, 927–28 (8th Cir. 2012) (standard of review); *see also Sugule v. Frazier,* 639 F.3d 406, 411 (8th Cir.2011) (arbitrary-and-capricious standard is narrow and reflects deference for agency's expertise in its respective field). The judgment of the district court is affirmed. *See* 8th Cir. R. 47B.

---

1. The Honorable Mark W. Bennett, United States District Judge for the Northern District of Iowa.

1. The Honorable Stephen N. Limbaugh, Jr., United States District Judge for the Eastern District of Missouri.